**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian White, | No. CV-17-00200-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Personal service having been made upon Defendant Herman, it appears that he is subject to Federal Rule Civil Procedure, Rule 4(d)(2), which requires the Court to impose the cost of service upon him in the amount of $32.90. Rule 4(d) provides for waiver to avoid unnecessary expenses of serving the summons by accepting service by mail. "If a defendant . . . fails, without good cause, to sign and return a waiver requested by a plaintiff . . ., the court must impose on the defendant: (A) the expenses later incurred in making service[.]"

**Accordingly,**

**IT IS ORDERED** that within 7 days of the filing date of this Order, that Defendant Herman shall show good cause in writing for refusing to waive service.

**IT IS FURTHER ORDERED** that in the event he fails to show good cause, he shall pay the cost of service in the amount of $32.90 as follows: to the United States Marshals Service, Attn: Civil Process Case No. CV 17-200 TUC DCB at 401 W. Washington Street, SPC 64, Phoenix AZ 85003.

**IT IS FURTHER ORDERED** that in the event Defendant Herman fails to file a writing to show cause as provided for above, he shall pay the service fee of $32.90 immediately without further Order of the Court. If he files a writing to show good cause for refusing to waive service, the Court shall issue a subsequent Order determining whether he must pay the cost of service incurred by the United States Marshals Service.

Dated this 8th day of February, 2019.

_____
Honorable David C. Bury
United States District Judge